RTS Warrant
Bench Warrant

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.40⁶
JUL 08 2014

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

RE: WR-80,763-01

JACOB ESTRADA — TDC #1461559

